FILED by **MB** D.C.

ELECTRONIC

**OCT. 21, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:
# 08-61689-Civ-HUCK/O'SULLIVAN

JAMES DUDLEY, an individual,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT,
INC., a Kansas corporation,

      Defendant.

_____/

### COMPLAINT

Plaintiff, James Dudley, an individual, sues Defendant, Midland Credit Management, Inc., a Kansas corporation, and alleges:

### *INTRODUCTION*

1.      This is an action for violation of 15 U.S.C. §1692, *et seq.*, known more commonly as the "Federal Fair Debt Collection Practices Act" ("FDCPA").

2.      The FDCPA was enacted by Congress to curtail abusive, deceptive and unfair debt collection practices by debt collectors which were found by Congress to contribute to personal bankruptcy, marital instability, loss of jobs and invasions of privacy under 15 U.S.C. §1692(a).

### *JURISDICTION*

3.      Jurisdiction of this Court arises under 15 U.S.C §1692K and 28 U.S.C.§1337, and supplemental jurisdiction exists for the state law claim pursuant to 28 U.S.C.§ 1367.

-1-

### *ALLEGATIONS AS TO PARTIES*

4.     At all times material hereto, Plaintiff, James Dudley ("Mr. Dudley") is *sui juris* and a resident of Broward County, Florida.

5.     Defendant, Midland Credit Management, Inc. ("Midland Credit"), is a Kansas corporation doing business in Broward County, Florida.

6.     Midland Credit is properly subject to jurisdiction in the State of Florida and venue in this District pursuant to the Florida Long-Arm Jurisdiction Statute through the causation of injury in this state caused by acts or omissions outside the state.

### *FACTUAL ALLEGATIONS*

7.     At an unknown time prior to the filing of the instant action, an unknown third (hereinafter referred to as the "Third Party Debtor") opened a telephone service account ("Third Party Consumer Account") with MCI Communications Services ("MCI").

8.     By information and belief, at some unknown time in the past, the MCI assigned the account to Midland Credit for the for the purpose of collecting monies purportedly owed under the Third Party Consumer Account.

9.     Mr. Dudley has never had an account with MCI nor does he owe any money to MCI.

10.     Commencing in or about June, 2008, Midland Credit began to communicate with Mr. Dudley by telephone and letter in an attempt to collect the Third Party Consumer Account.

11.     In response to the collection efforts of Midland Credit, Mr. Dudley emphatically and repeatedly informed Midland Credit that he did not owe any money to MCI.

12.     In frustration at the continued collection efforts of Midland Credit, Mr. Dudley

sent or caused to be sent to Midland Credit a letter dated September 3, 2008 ("Dispute Notice").

13.     A true and correct copy of the Dispute Notice, together with the certified mail return receipt, is attached hereto and incorporated by reference as Exhibit "A."

14.     Pursuant to the Dispute Notice, Mr. Dudley informed Midland Credit *inter alia* the following:

"I dispute this debt and I refuse to pay anything."

15.     Despite the receipt of the Dispute Notice on September 6, 2008, Midland Credit nonetheless continued to communicate with Mr. Dudley concerning the Third Party Consumer Account.

16.     On or about September 11, 2008, Midland Credit sent or caused to be sent to Mr. Dudley correspondence, known more commonly in the collection industry as a "dunning letter," for the purpose of collecting monies on the Third Party Consumer Account ("Dunning Letter").

17.     A true and correct copy of the Dunning Letter is attached hereto and incorporated by reference as Exhibit "B."

## COUNT I - ACTION FOR VIOLATION OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1642, ET. SEQ.)

18.     This is an action for violation of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1642, *et. seq.*.

19.     Mr. Dudley realleges and reaffirms the allegations contained in Paragraphs 1 through 17 above as if set forth hereat in full.

20.     At all times material hereto, Mr. Dudley was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

21.     At all times material hereto, the Third Party Consumer Account was a "debt" as said term is defined under 15 U.S.C. §1692a(5).

22.     At all times material hereto, Midland Credit was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

23.     As more particularly described above, Defendant has violated the FDCPA in that Defendant has continued to communicate with Mr. Dudley subsequent to notification in writing by Mr. Dudley that Mr. Dudley refused to pay the debt represented by the Third Party Consumer Account in violation of 15 U.S.C. §1692c(c).

24.     Pursuant to 15 U.S.C. §1692k, Mr. Dudley is entitled to recover statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

25.     Mr. Dudley has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, James Dudley, an individual, demands judgment against Defendant, Midland Credit Management, Inc., a Kansas corporation, for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

## DEMAND FOR JURY TRIAL

Plaintiff, James Dudley, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rpyu@aol.com

**JAMES DUDLEY**
**1200 West Avenue**
**Penthouse 18**
**Miami Beach, Florida 33139**

September 3, 2008

Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

    Re:    MCM Account No.8519044089
            Balance: $589.16

*Certified Mail No.:7005 1160 0002 1454 6464*
*Return Receipt Requested*

Dear Sir / Madam:

    I have never had an account with MCI Communications Services and do not owe any money for any telephone, long distance or cellular phone services.  I dispute this debt and I refuse to pay anything.

        PLEASE GOVERN YOURSELF ACCORDINGLY.

                Very truly yours,



                James Dudley



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | Postmark Here |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.32 | |

Sent To Midland Credit Management
Street, Apt. No.; or PO Box No. Dept. 8870
City, State, ZIP+4 Los Angeles CA 9084-8870

PS Form 3800, June 2002     See Reverse for Instructions

7005 1160 0002 1454 6464



EXHIBIT "A"





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Credit Management
Dept. 8870
Los Angeles, CA
90084 - 8870

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jose Toxanka_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  SEP 06 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1160 0002 1454 6464

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**mcm** Dept. 12421
PO Box 603
Oaks, PA 19456

# *Settlement Opportunity*

Contact Information: Tel (866) 626-5046

Hours of Operation: M-F 5am - 4:30pm PST
Current Owner: Midland Funding LLC
Original Creditor: MCI COMMUNICATIONS SERVICES

09-11-2008

#BWNHLTH
#0000 0851 9044 0892#
JAMES DUDLEY
1200 WEST AVE APT 1618
MIAMI BEACH, FL 33139-4377

1651-17111

Original Account No.: 4JM67043

MCM Account No.: 8519044089
Current Balance: $589.16
Payment Due Date: 10-11-2008

Dear JAMES DUDLEY,

You won't want to miss this settlement opportunity offered to you by Midland Credit Management, Inc., servicer of the above-referenced account.

Recognizing that you may have gone through some financial difficulty and have been unable to satisfy your account, we would like to offer you a **positive and flexible option** to resolve your account for 40% off the Current Balance.

**If we receive payment by 10-11-2008 in the amount of $353.50, we will consider the account balance paid in full!**

**CALL NOW!** To take advantage of this opportunity, please contact us **TOLL-FREE** at (866) 626-5046 and any of our Account Managers will be able to assist you.

**MAIL!** You may prefer to settle your Current Balance by using the Acceptance Certificate below. Simply detach the form and enclose it with your $353.50 payment in the envelope provided. In order to be sure the payment is received by 10-11-2008, please mail no later than 10-06-2008.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

Sincerely,
Customer Service Representative

*Please tear off and return lower portion with payment in envelope provided*

# *Acceptance Certificate*

JAMES DUDLEY
1200 WEST AVE APT 1618
MIAMI BEACH, FL 33139-4377

MCM Account Number: 8519044089
Current Balance: $589.16
**Amount Due:** $353.50

Make Check Payable to: Midland Credit Management, Inc.

**Payment Due Date:** 10-11-2008

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870

12 8519044089 2 0035350 101108 2

17111

EXHIBIT B 

5G70

# 08-61689-CIV-HUCK/O'SULLIVAN

**JS 44** (Rev. 2/08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as req by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of C the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cas**

**FILED by MB D.C.**
ELECTRONIC

**OCT. 21, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

### I. (a) PLAINTIFFS

James Dudley, an individual

### DEFENDANTS

Midland Credit Management, Inc., a Kansas corporation

**(b)** County of Residence of First Listed Plaintiff **Broward**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert W. Murphy, Esquire
1212 SE 2nd Avenue
Fort Lauderdale, Florida 33316-1808   Telephone: (954) 763-8660

Attorneys (If Known)

08cv 61689-PCH/JJO

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☑ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC  3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | Under Equal Access to  Justice |
| | Employment | ☐ 550 Civil Rights | Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | |
| | Other | | Detainee | | ☐ 950 Constitutionality of State |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | Statutes |
| | | | Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO      b) Related Cases ☐ YES ☑ NO

JUDGE                                      DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):

Violation of 15 U.S.C. §1692 et sequi (Fair Debt Collection Practices Act)

LENGTH OF TRIAL via    2    days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
/s/

DATE
10/20/08

FOR OFFICE USE ONLY
AMOUNT $350.00    RECEIPT # 544478    IFP